

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Robert C. Matz (California State Bar No. 217822)
THE LAW OFFICE OF ROBERT C. MATZ LLP
1151 Harbor Bay Parkway, Suite 112
Alameda, California 94502
Telephone: (510) 865-1150

Attorney for Plaintiff Jason G. Heller, an individual and sole proprietor doing business as Floating Lightbulb Toys

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC., a Rhode Island Corporation;<br><br>Defendant. | CASE NO. CV11-02756 (RGK)(JEMx)<br><br>[PROPOSED] ORDER GRANTING JASON G. HELLER AND HASBRO, INC.'S STIPULATED PROTECTIVE ORDER<br><br>Judge: The Honorable R. Gary Klausner<br><br>Date: n/a<br><br>Time: n/a |

On October 17, 2011, the parties entered into a Stipulation for Entry of a Protective Order because disclosures, discovery, and the parties' pre-trial preparations may require production, review, and use of highly sensitive financial or business information the parties believe to be confidential, proprietary, potentially patentable, or a protectable trade secret. The Court, having reviewed the parties' good cause statement, finds there is good cause for entering the Stipulated Protective Order.

CV11-02756 (RGK)(JEMX)

[PROPOSED] ORDER ENTERING THE PARTIES' STIPULATED PROTECTIVE AS

WHEREFORE, premises considered, and for good cause shown, the IT IS HEREBY ORDERED that the parties' October 17, 2011 Stipulation for Entry of a Protective Order be entered as a binding and enforceable Protective Order in this case.

IT IS SO ORDERED, this 24th day of ~~July, 2011.~~ October, 2011

*John E. McDermott*

~~The Honorable R. Gary Klausner~~

**JOHN E. McDERMOTT**
**UNITED STATES MAGISTRATE JUDGE**

THE LAW OFFICE OF ROBERT C. MATZ LLP
1151 HARBOR BAY PARKWAY, SUITE 112
ALAMEDA, CA 94502
(510)865-1150

CV11-02756 (RGK)(JEMX)    2    [PROPOSED] ORDER GRANTING JASON G. HELLER'S UNOPPOSED MOTION TO SEAL